# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN ROBERTSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY RAPPISI,<br><br>　　　　　Defendant. | Case No. ED CV 15-1326 PA (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendant's motion for summary judgment ("Motion"), the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

//

//

//

1

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. The Motion is granted;
3. Judgment be entered dismissing this action without prejudice; and
4. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: April 7, 2018

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE