JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN ROBERTSON, <br>     Plaintiff, <br> v. <br> DEPUTY RAPPISI, <br>     Defendant. | Case No. ED CV 15-1326 PA (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 7, 2018

                                          PERCY ANDERSON
                              UNITED STATES DISTRICT JUDGE